AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES J. STAHL,

      Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-12-0137**

MICHAEL J. ASTRUE,     JUDGE EDMUND A. SARGUS, JR.
COMMISSIONER OF     MAGISTRATE JUDGE MARK R. ABEL
SOCIAL SECURITY,

      Defendant.

____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed November 6, 2012, JUDGMENT is hereby entered pursuant to the fourth sentence of  U.S.C. § 405(g).  This case is REMANDED to the Commissioner of Social Security for further administrative proceedings.**

Date: November 6, 2012         JOHN P. HEHMAN, CLERK

                      */S/ Andy F. Quisumbing*
                      (By) Andy F. Quisumbing
                      Courtroom Deputy Clerk