AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAMES J. STAHL,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-12-0137**

**MICHAEL J. ASTRUE,**    **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**    **MAGISTRATE JUDGE MARK R. ABEL**
**SOCIAL SECURITY,**

      **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed November 6, 2012, JUDGMENT is hereby entered pursuant to the fourth sentence of U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further administrative proceedings.**

Date: November 6, 2012            JOHN P. HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk